# Bush *v*. The State.

### Indictment for Larceny.

*Oath of jury; what recital as to sufficient to uphold conviction.* — A recital in the record that the jury, in a criminal case, were "sworn and charged well and truly to try the issue joined," sufficiently shows that the statutory oath was administered to them.

APPEAL from Circuit Court of Talladega.
Tried before Hon. W. H. SMITH.
The only point decided is sufficiently stated in the opinion.

LEWIS E. PARSONS, for appellant, cited *Johnson* v. *The State*, 47 Ala. 15.

JOHN W. A. SANFORD, Attorney General, *contra*, cited *Crist* v. *State*, 27 Ala. 137 ; *McNeil* v. *State*, 47 Ala. 498.

JUDGE, J. — The only ground of error insisted upon in this case is, that the jury were not properly and legally sworn. The record of the cause shows that they were "sworn and charged well and truly to try the issue joined." In *McGuire* v. *The State*, 37 Ala. 161, this precise form of oath was held to be sufficient under our statute. See, also, *McNeil* v. *The State*, 47 Ala. 498.

We can find no error in the record, and the judgment is affirmed.